UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2012

, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. H- **12 CR 355** |
| YONNY TEXIS | § § | |

INDICTMENT

THE GRAND JURY CHARGES:

<u>Count One</u>

<u>Conspiracy to Harbor and Transport Undocumented Aliens –
8 U.S.C. §1324(a)(1)(A)(v)(I)</u>

On or about September or October, 2008, within the Southern District of Texas, the defendant,

YONNY TEXIS

did knowingly combine, conspire, confederate and agree, with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is: to transport and harbor an illegal alien, namely, "E.E.", within the United States, in any manner whatsoever, knowing and in reckless disregard of the fact that such alien had entered the United States in violation of Title 8,

United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 8 U.S.C. §1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

A TRUE BILL

Original Signature on File

FOREPERSON

KENNETH MAGIDSON
United States Attorney

By: _____
RUBEN R. PEREZ
 Assistant United States Attorney

_____
JOE MAGLIOLO
Assistant United States Attorney